THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH F. McKENNA, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.